RECEIVED

NOT FOR PUBLICATION

DEC - 5 2011

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

AT 8:30
WILLIAM T. WALSH—M
CLERK

Orlando CARDONA-ROSARIO,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Civ. No. 10-1064 (AET)

**MEMORANDUM & ORDER**

THOMPSON, U.S.D.J.

This matter having come before the court upon Petitioner Orlando Cardona-Rosario's

Motion for Leave to Appeal *in forma pauperis* and request for the appointment of counsel under

the Criminal Justice Act, 18 U.S.C. § 3006A(a)(2)(B), (c); and it

APPEARING that the Federal Rules of Appellate Procedure require a party seeking to

appeal *in forma pauperis* to file a motion in the district court attaching an affidavit that: (1)

describes in detail the party's inability to pay or to give security for fees and costs, (2) claims an

entitlement to redress, and (3) states the issues that the party intends to present on appeal, Fed. R.

App. P. 24(a)(1); and it

APPEARING that Plaintiff or his agent has described Plaintiff's inability to pay or to

give security for fees and costs and has claimed an entitlement to redress and has stated the

issues that he intend to present on appeal; and it

APPEARING that under the Criminal Justice Act representation may be provided for any

financially eligible person seeking relief under 28 U.S.C. § 2255 if the Court determines that the

interests of justice so require, 18 U.S.C. § 3006A(a)(2)(B); and it

APPEARING that under the Criminal Justice Act, if at any stage of the proceedings, including an appeal, the Court finds that the person is financially unable to pay counsel whom he had previously retained, it may appoint counsel and authorize payment as the interests of justice may dictate, 18 U.S.C. § 3006A(c);

IT IS on this 5 day of December, 2011,

ORDERED that Petitioner's Motion for Leave to Appeal *in forma pauperis* [docket # 70] is GRANTED; and it is

ORDERED that Peter Goldberger of Ardmore, PA, be appointed as attorney for the defendant on appeal pursuant to Criminal Justice Act, 18 U.S.C. § 3006A(c); and it is further

ORDERED that the Clerk of this Court shall issue a voucher to Mr. Goldberger on Form CJA 20, with a *nunc pro tunc* date of November 20, 2011.

ANNE E. THOMPSON, U.S.D.J.